UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: GIRARDI, ANNA MARIA | § | Case No. 14-31286-ABG |
| GIRARDI, MICHAEL R. | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 26, 2014.  The undersigned trustee was appointed on October 02, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $           19,250.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 884.03 |
| Bank service fees | 310.59 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 8,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 10,055.38 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/01/2016 and the deadline for filing governmental claims was 02/22/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,875.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,875.00, for a total compensation of $1,875.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/04/2018      By: /s/ILENE F. GOLDSTEIN
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-31286-ABG  
**Case Name:** GIRARDI, ANNA MARIA  
GIRARDI, MICHAEL R.  
**Period Ending:** 06/04/18

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 10/01/15 (c)  
**§341(a) Meeting Date:** 11/12/15  
**Claims Bar Date:** 12/01/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  39471 Carol Lane, Beach Park Illinois 60099  Imported from original petition Doc# 1 | 97,598.00 | 31,658.00 | | 0.00 | FA |
| 2  Checking Account with Great Lakes Credit Union  Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 3  Normal attire for work and leisure  Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4  Roth IRA opened in 2013 - Anna Girardi  Imported from original petition Doc# 1 | 5,500.00 | 0.00 | | 0.00 | FA |
| 5  Roth IRA - Michael R. Girardi  Imported from original petition Doc# 1 | 6,500.00 | 0.00 | | 0.00 | FA |
| 6  Roth IRA opened 1998 - owned by Michael Girardi  Imported from original petition Doc# 1 | 19,000.00 | 0.00 | | 0.00 | FA |
| 7  2009 Hyundai Sonata, 60,000 miles; NADA value is  Imported from original petition Doc# 1 | 6,900.00 | 1,100.00 | | 0.00 | FA |
| 8  2013 Kia Sorento w/ 18,000 miles  Imported from original petition Doc# 1 | 26,748.00 | 2,887.00 | | 0.00 | FA |
| 9  1970 Buick GS455, Convertible  Imported from original petition Doc# 1 | 16,000.00 | 8,000.00 | | 19,250.00 | FA |
| 10  Laptop  Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 10  Assets  Totals (Excluding unknown values) | **$179,596.00** | **$43,845.00** | | **$19,250.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS jANUARY 2017: THE TRUSTEE SOLD A VINTAGE AND/OR COLLECTIBLE CAR OF THE DEBTOR. cURRENTLY THE TRUSTEE HAS A MOTION PENDING TO RESOLVE THE AUCTIONEER'S EXPENSE. tHE UST IS ALSO EVALUATING ISSUES IN THIS CASE. oNCE THESE ISSUES ARE RESOLVED THE TRUSTEE WILL PROCEED TO CLOSE THE CASE

STATUS JANUARY 2018 tHE tRUSTEE IS ATTEMPTING TO RESOLVE TWO SECURED CLAIMS  tHEN THE tfr WILL BE FILED

Printed: 06/04/2018 12:00 PM    V.14.03

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-31286-ABG  
**Case Name:** GIRARDI, ANNA MARIA  
GIRARDI, MICHAEL R.  
**Period Ending:** 06/04/18

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 10/01/15 (c)  
**§341(a) Meeting Date:** 11/12/15  
**Claims Bar Date:** 12/01/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2017     **Current Projected Date Of Final Report (TFR):**   June 30, 2018

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-31286-ABG  
**Case Name:** GIRARDI, ANNA MARIA  
GIRARDI, MICHAEL R.  
**Taxpayer ID #:** \*\*-\*\*\*5796  
**Period Ending:** 06/04/18

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*3966 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/16 | {9} | American Auction Assoc.--Michael Losada | Cale of Car | 1129-000 | 19,250.00 | | 19,250.00 |
| 09/13/16 | 101 | Anna Marie and and Michael R. Girardi | Exemptions | 8100-002 | | 8,000.00 | 11,250.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.86 | 11,227.14 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.56 | 11,211.58 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.15 | 11,194.43 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.05 | 11,178.38 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.14 | 11,161.24 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.98 | 11,146.26 |
| 03/02/17 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-31286<br>Voided on 03/02/17 | 2300-000 | | 3.41 | 11,142.85 |
| 03/02/17 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-31286<br>Voided: check issued on 03/02/17 | 2300-000 | | -3.41 | 11,146.26 |
| 03/02/17 | 103 | American Auction Associates | Payment of Auctionerr Expenses | 3620-000 | | 880.89 | 10,265.37 |
| 03/02/17 | 104 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-31286<br>Voided on 03/02/17 | 2300-000 | | 3.14 | 10,262.23 |
| 03/02/17 | 104 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-31286<br>Voided: check issued on 03/02/17 | 2300-000 | | -3.14 | 10,265.37 |
| 03/02/17 | 105 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-31286, Bond | 2300-000 | | 3.14 | 10,262.23 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.54 | 10,246.69 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.75 | 10,232.94 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.18 | 10,216.76 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.69 | 10,202.07 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.18 | 10,187.89 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.11 | 10,171.78 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.14 | 10,157.64 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.58 | 10,142.06 |

Subtotals :   $19,250.00   $9,107.94

{} Asset reference(s)

Printed: 06/04/2018 12:00 PM    V.14.03

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-31286-ABG  
**Case Name:** GIRARDI, ANNA MARIA  
GIRARDI, MICHAEL R.  
**Taxpayer ID #:** **-***5796  
**Period Ending:** 06/04/18

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3966 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.58 | 10,127.48 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.07 | 10,113.41 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.99 | 10,097.42 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.55 | 10,083.87 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.50 | 10,069.37 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.99 | 10,055.38 |
| | | | **ACCOUNT TOTALS** | | 19,250.00 | 9,194.62 | $10,055.38 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 19,250.00 | 9,194.62 | |
| | | | Less: Payments to Debtors | | | 8,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$19,250.00** | **$1,194.62** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******3966** | 19,250.00 | 1,194.62 | 10,055.38 |
| | $19,250.00 | $1,194.62 | $10,055.38 |

{} Asset reference(s)

Printed: 06/04/2018 12:00 PM    V.14.03

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 1, 2016

**Case Number:** 14-31286-ABG  
**Debtor Name:** GIRARDI, ANNA MARIA

Page: 1

**Date:** June 4, 2018  
**Time:** 12:00:55 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $1,875.00 | $0.00 | 1,875.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $3,990.00 | $0.00 | 3,990.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $214.90 | $0.00 | 214.90 |
| 3<br>100 | Great Lakes Credit Union<br>Attn: Bankruptcy<br>2525 Green Bay Rd<br>North Chicago, IL 60064 | Secured | History: Details3-109/08/2014Claim #3 filed by Great Lakes Credit Union, Amount claimed: $29724.00 (Chavez, Baldo )<br>8502/08/2018Notice of Hearing and Objection to Claim(s) 3 of great Filed by Ilene F Goldstein ESQ on behalf of Ilene F Goldstein ESQ. Hearing scheduled for 3/9/2018 at 01:00 PM at North Branch Court (Round Lake Beach) 1792 Nicole Lane, Round Lake Beach,<br>IL 60073. (Attachments: # 1 Exhibit POC#3 # 2 Proposed Order)(Goldstein, Ilene)<br>94 03/23/2018 Order Denying Claim(s) 3 (RE: 85 Objection to Claim). Signed on 3/23/2018 (Chavez, Baldo)<br>---------------------------------------------------------------------------\* \* \* | $0.00 | $0.00 | 0.00 |
| 4<br>100 | Wells Fargo Bank, N.A.<br>P.O. Box 19657<br>Irvine, CA 92623-9657 | Secured | History: Details4-109/15/2014Claim #4 filed by Wells Fargo Bank, N.A., Amount claimed: $18427.41 (Wells Fargo Dealer Services)<br>8702/08/2018Notice of Hearing and Objection to Claim(s) 4 of well Filed by Ilene F Goldstein ESQ on behalf of Ilene F Goldstein ESQ. Hearing scheduled for 3/9/2018 at 01:00 PM at North Branch Court (Round Lake Beach) 1792 Nicole Lane, Round Lake Beach, I<br>L 60073. (Attachments: # 1 Proposed Order)(Goldstein, Ilene)<br>96 03/23/2018 Order Denying Claim(s) 4 (RE: 87 Objection to Claim). Signed on 3/23/2018 (Chavez, Baldo)<br>---------------------------------------------------------------------------\* \* \* | $0.00 | $0.00 | 0.00 |
| 11<br>100 | GREAT LAKES CREDIT UNION<br>Attn Mortgage Disposition<br>1 Corporation Dr Suite 360<br>Lake Zurich, IL 60047 | Secured | History: Details11-112/22/2014Claim #11 filed by GREAT LAKES CREDIT UNION, Amount claimed: $31169.89 (Georgopoulos, Maria )<br>doc04/08/2015Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim # 11) with Certificate of Service Filed by Joel P Fonferko on behalf of Great Lakes | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 1, 2016

**Case Number:** 14-31286-ABG  
**Debtor Name:** GIRARDI, ANNA MARIA  

Page: 2

**Date:** June 4, 2018  
**Time:** 12:00:55 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| | | | Credit Union. (Fonferko, Joel) doc08/21/2015 Notice of Mortgage Payment Change (Claim # 11) with Certificate of Service Filed by Peter C Bastianen on behalf of Great Lakes Credit Union. (Bastianen, Peter) 8311/08/2017 Withdrawal of Claim(s): 11 Filed by Jose G Moreno on behalf of Great Lakes Credit Union. (Moreno, Jose) ------------------------------------------------------------------* * * | | | |
| 1 610 | Department Stores National Bank/Macy's Bankruptcy Processing Po Box 8053 Mason, OH 45040 | Unsecured | History: Details1-109/05/2014 Claim #1 filed by Department Stores National Bank/Macy's, Amount claimed: $1297.77 (Salazar, Yasmin ) Recieved Distribution on claim in the Chapter 13 of $88.48. Therefore allowed claim has been reduced. ------------------------------------------------------------------* * * | $1,209.29 | $0.00 | 1,209.29 |
| 2 610 | Great Lakes Credit Union Attn: Bankruptcy 2525 Green Bay Rd North Chicago, IL 60064 | Unsecured | History: Details2-109/08/2014 Claim #2 filed by Great Lakes Credit Union, Amount claimed: $15036.00 (Chavez, Baldo ) Recieved Distribution on claim in the Chapter 13 of $1,025.15. Therefore allowed claim has been reduced. ------------------------------------------------------------------* * * | $14,010.85 | $0.00 | 14,010.85 |
| 5 610 | CACH, LLC 4340 S. Monaco Street 2nd Floor Denver, CO 80237 | Unsecured | History: Details5-109/15/2014 Claim #5 filed by CACH, LLC, Amount claimed: $7938.76 (Ashton, John ) Recieved Distribution on claim in the Chapter 13 of $541.27. Therefore allowed claim has been reduced. ------------------------------------------------------------------* * * | $7,397.49 | $0.00 | 7,397.49 |
| 6 610 | CACH, LLC 4340 S. Monaco Street 2nd Floor Denver, CO 80237 | Unsecured | History: Details6-109/15/2014 Claim #6 filed by CACH, LLC, Amount claimed: $11884.88 (Ashton, John ) Recieved Distribution on claim in the Chapter 13 of $810.31. Therefore allowed claim has been reduced. ------------------------------------------------------------------* * * | $11,074.57 | $0.00 | 11,074.57 |
| 7 610 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Unsecured | History: Details7-109/18/2014 Claim #7 filed by Quantum3 Group LLC as agent for, Amount claimed: $576.49 (Sandhu, Dhar ) Recieved Distribution on claim in the Chapter 13 of $39.21. Therefore allowed claim has been reduced. ------------------------------------------------------------------* * * | $537.18 | $0.00 | 537.18 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 1, 2016

**Case Number:** 14-31286-ABG  
**Debtor Name:** GIRARDI, ANNA MARIA  

Page: 3

**Date:** June 4, 2018  
**Time:** 12:00:55 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8<br>610 | Commerce Bank, A Missouri Banking Corporation<br>c/o<br>Blitt and Gaines, P.C.,661 Glenn Ave<br>Wheeling, IL 60090 | Unsecured | History: Details8-109/24/2014Claim #8 filed by Commerce Bank, A Missouri Banking Corporation, Amount claimed: $21830.28 (Starzec, Michael )<br>Recieved Distribution on claim the Chapter 13 of $1,488.38. Therefore allowed claim has been reduced.<br>--------------------------------------------------------------------------------* * * | $20,341.90 | $0.00 | 20,341.90 |
| 9<br>610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | History: Details9-110/10/2014Claim #9 filed by Capital One Bank (USA), N.A., Amount claimed: $22890.89 (Walls, Lovetta )<br>Recieved Distribution on claim in the Chapter 13 of $1,560.70. Therefore allowed claim has been reduced.<br>--------------------------------------------------------------------------------* * * | $21,330.19 | $0.00 | 21,330.19 |
| 10<br>610 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | History: Details10-110/29/2014Claim #10 filed by Capital One, N.A., Amount claimed: $3534.79 (Lee, Thomas )<br>Recieved Distribution on claim in the Chapter 13 of $1240.99 Therefore allowed claim has been reduced.<br>--------------------------------------------------------------------------------* * * | $3,293.80 | $0.00 | 3,293.80 |
| 12<br>610 | Monroe & Main<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380 | Unsecured | History: Details12-112/23/2014Claim #12 filed by Monroe & Main, Amount claimed: $237.15 (Bennett, Mark )<br>Recieved Distribution on claim in the Chapter 13 of $16.17. Therefore allowed claim has been reduced.<br>--------------------------------------------------------------------------------* * * | $220.98 | $0.00 | 220.98 |
| 13<br>610 | Portfolio Recovery Associates, LLC<br>successor to U.S. BANK N.A(US Bank)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | History: Details13-112/31/2014Claim #13 filed by Portfolio Recovery Associates, LLC, Amount claimed: $9231.07 (Garcia, Dolores )<br>Recieved Distribution on claim in the Chapter 13 of $629.37. Therefore allowed claim has been reduced.<br>--------------------------------------------------------------------------------* * * | $8,601.70 | $0.00 | 8,601.70 |
| 14<br>610 | Portfolio Recovery Associates, LLC<br>successor to SYNCHRONY BANK (AMAZON.COM STORE CARD),POB 41067<br>Norfolk, VA 23541 | Unsecured | History: Details14-112/31/2014Claim #14 filed by Portfolio Recovery Associates, LLC, Amount claimed: $1969.13 (Garcia, Dolores )<br>Recieved Distribution on claim in the Chapter 13 of $134.35. Therefore allowed claim has been reduced.<br>--------------------------------------------------------------------------------* * * | $1,834.88 | $0.00 | 1,834.88 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 1, 2016

**Case Number:** 14-31286-ABG  
**Debtor Name:** GIRARDI, ANNA MARIA

Page: 4

**Date:** June 4, 2018  
**Time:** 12:00:55 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 15 610 | Portfolio Recovery Associates, LLC successor to CITIBANK, N.A. (THE HOME DEPOT),POB 41067 Norfolk, VA 23541 | Unsecured | History: Details15-101/05/2015Claim #15 filed by Portfolio Recovery Associates, LLC, Amount claimed: $3450.79 (Garcia, Dolores ) <br> Recieved Distribution on claim in the Chapter 13 of $235.27. Therefore allowed claim has been reduced. <br> ----------------------------------------------------------------------------* * * | $3,215.52 | $0.00 | 3,215.52 |
| 16 610 | Great Lakes Credit Union PO Box 1289 Bannockburn, IL 60015 | Unsecured | History: Details16-109/08/2016Claim #16 filed by Great Lakes Credit Union, Amount claimed: $15035.92 (Chavez, Baldo ) <br> 8602/08/2018Notice of Hearing and Objection to Claim(s) 16 of grea Filed by Ilene F Goldstein ESQ on behalf of Ilene F Goldstein ESQ. Hearing scheduled for 3/9/2018 at 01:00 PM at North Branch Court (Round Lake Beach) 1792 Nicole Lane, Round Lake Beach, <br> IL 60073. (Attachments: # 1 Exhibit POC # 16 # 2 Exhibit POC # 2 # 3 Proposed Order)(Goldstein, Ilene) <br> 8902/08/2018Notice of Hearing and Objection to Claim(s) 16 of grea Filed by Ilene F Goldstein ESQ on behalf of Ilene F Goldstein ESQ. Hearing scheduled for 3/9/2018 at 01:00 PM at North Branch Court (Round Lake Beach) 1792 Nicole Lane, Round Lake Beach, <br> IL 60073. (Attachments: # 1 Exhibit POC#16 # 2 Exhibit POC#2 # 3 Proposed Order)(Goldstein, Ilene) <br> 95 03/23/2018 Order Denying Claim(s) 16 (RE: 89 Objection to Claim). Signed on 3/23/2018 (Chavez, Baldo) <br> ----------------------------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| **<< Totals >>** | | | | 99,148.25 | 0.00 | 99,148.25 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-31286-ABG
Case Name: GIRARDI, ANNA MARIA
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:**   $   10,055.38

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Great Lakes Credit Union | 29,724.00 | 0.00 | 0.00 | 0.00 |
| 4 | Wells Fargo Bank, N.A. | 18,427.41 | 0.00 | 0.00 | 0.00 |
| 11 | GREAT LAKES CREDIT UNION | 31,169.89 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   10,055.38

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 1,875.00 | 0.00 | 1,875.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3,990.00 | 0.00 | 3,990.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 214.90 | 0.00 | 214.90 |

Total to be paid for chapter 7 administration expenses:   $   6,079.90
Remaining balance:   $   3,975.48

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   3,975.48

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $            0.00
Remaining balance:  $        3,975.48

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 93,068.35 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department Stores National Bank/Macy's | 1,209.29 | 0.00 | 51.66 |
| 2 | Great Lakes Credit Union | 14,010.85 | 0.00 | 598.48 |
| 5 | CACH, LLC | 7,397.49 | 0.00 | 315.99 |
| 6 | CACH, LLC | 11,074.57 | 0.00 | 473.06 |
| 7 | Quantum3 Group LLC as agent for | 537.18 | 0.00 | 22.95 |
| 8 | Commerce Bank, A Missouri Banking Corporation | 20,341.90 | 0.00 | 868.91 |
| 9 | Capital One Bank (USA), N.A. | 21,330.19 | 0.00 | 911.13 |
| 10 | Capital One, N.A. | 3,293.80 | 0.00 | 140.70 |
| 12 | Monroe & Main | 220.98 | 0.00 | 9.44 |
| 13 | Portfolio Recovery Associates, LLC | 8,601.70 | 0.00 | 367.43 |
| 14 | Portfolio Recovery Associates, LLC | 1,834.88 | 0.00 | 78.38 |
| 15 | Portfolio Recovery Associates, LLC | 3,215.52 | 0.00 | 137.35 |

Total to be paid for timely general unsecured claims:  $        3,975.48
Remaining balance:  $            0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**