UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

In re:                                        )
                                              )
**GIRARDI, ANNA MARIA**                       )   Bankruptcy Case No. 14-31286 ABG
**GIRARDI, MICHAEL R.**                       )   Chapter 7
                                              )
Debtor(s).                                    )

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on June 5, 2018 I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

    GIRARDI, ANNA MARIA
    GIRARDI, MICHAEL R.
    39471 CAROL LANE
    BEACH PARK, IL 60099

    THOMAS C O'BRIEN
    STATELINE LEGAL, LLC
    950 MAIN STREET
    ANTIOCH, IL 60002

    LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
    900 Skokie Blvd
    Suite 128
    Northbrook, IL 60062

    ILENE F. GOLDSTEIN
    900 Skokie Blvd
    Suite 128
    Northbrook, IL 60062

    LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
    900 Skokie Blvd
    Suite 128
    Northbrook, IL 60062

        Department Stores National Bank/Macy's
        Bankruptcy Processing
        Po Box 8053
        Mason, OH 45040

2       Great Lakes Credit Union
        Attn: Bankruptcy
        2525 Green Bay Rd
        North Chicago, IL 60064

3       Great Lakes Credit Union
        Attn: Bankruptcy
        2525 Green Bay Rd
        North Chicago, IL 60064

4       Wells Fargo Bank, N.A.
        P.O. Box 19657
        Irvine, CA 92623-9657

5       CACH, LLC
        4340 S. Monaco Street
        2nd Floor
        Denver, CO 80237

6       CACH, LLC
        4340 S. Monaco Street
        2nd Floor
        Denver, CO 80237

7       Quantum3 Group LLC as agent for
        Comenity Bank
        PO Box 788
        Kirkland, WA 98083-0788

8       Commerce Bank, A Missouri Banking Corporation
        c/o
        Blitt and Gaines, P.C.,661 Glenn Ave
        Wheeling, IL 60090

9       Capital One Bank (USA), N.A.
        PO Box 71083
        Charlotte, NC 28272-1083

| | |
|---|---|
| 10 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| 11 | GREAT LAKES CREDIT UNION<br>Attn Mortgage Disposition<br>1 Corporation Dr Suite 360<br>Lake Zurich, IL 60047 |
| 12 | Monroe & Main<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380 |
| 13 | Portfolio Recovery Associates, LLC<br>successor to U.S. BANK N.A(US Bank)<br>POB 41067<br>Norfolk, VA 23541 |
| 14 | Portfolio Recovery Associates, LLC<br>successor to SYNCHRONY BANK<br>(AMAZON.COM STORE CARD),POB 41067<br>Norfolk, VA 23541 |
| 15 | Portfolio Recovery Associates, LLC<br>successor to CITIBANK, N.A.<br>(THE HOME DEPOT),POB 41067<br>Norfolk, VA 23541 |
| 16 | Great Lakes Credit Union<br>PO Box 1289<br>Bannockburn, IL 60015 |

/s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595