**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: GIRARDI, ANNA MARIA § Case No. 14-31286
    GIRARDI, MICHAEL R. §
                                                          §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $163,596.00                Assets Exempt: $44,950.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,317.52        Claims Discharged
                                                                    Without Payment: $90,750.83

Total Expenses of Administration: $8,932.48

---

    3)  Total gross receipts of $ 19,250.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 8,000.00 (see **Exhibit 2**), yielded net receipts of $11,250.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $87,801.00 | $79,321.30 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,932.48 | 8,932.48 | 8,932.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 123,863.00 | 114,913.92 | 93,068.35 | 2,317.52 |
| **TOTAL DISBURSEMENTS** | $211,664.00 | $203,167.70 | $102,000.83 | $11,250.00 |

4) This case was originally filed under Chapter 7 on August 26, 2014. The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/07/2018          By: /s/ILENE F. GOLDSTEIN
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1970 Buick GS455, Convertible | 1129-000 | 19,250.00 |
| **TOTAL GROSS RECEIPTS** | | **$19,250.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Anna Marie and and Michael R. Girardi | Exemptions | 8100-002 | 8,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$8,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Great Lakes Credit Union | 4110-000 | 29,940.00 | 29,724.00 | 0.00 | 0.00 |
| 4 | Wells Fargo Bank, N.A. | 4110-000 | 21,861.00 | 18,427.41 | 0.00 | 0.00 |
| 11 | GREAT LAKES CREDIT UNION | 4110-000 | 36,000.00 | 31,169.89 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$87,801.00** | **$79,321.30** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ILENE F. GOLDSTEIN | 2100-000 | N/A | 1,875.00 | 1,875.00 | 1,875.00 |
| Attorney for Trustee Fees (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3110-000 | N/A | 3,990.00 | 3,990.00 | 3,990.00 |
| Attorney for Trustee Expenses (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3120-000 | N/A | 214.90 | 214.90 | 214.90 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | Amount | Amount | Amount |
|---|---|---|---:|---:|---:|
| Other - Rabobank, N.A. | 2600-000 | N/A | 22.86 | 22.86 | 22.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.56 | 15.56 | 15.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.15 | 17.15 | 17.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.05 | 16.05 | 16.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.14 | 17.14 | 17.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.98 | 14.98 | 14.98 |
| Auctioneer for Trustee Expenses - American Auction Associates | 3620-000 | N/A | 880.89 | 880.89 | 880.89 |
| Other - Inrternational Sureties, Ltd | 2300-000 | N/A | 3.14 | 3.14 | 3.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.54 | 15.54 | 15.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.75 | 13.75 | 13.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.18 | 16.18 | 16.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.69 | 14.69 | 14.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.18 | 14.18 | 14.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.11 | 16.11 | 16.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.14 | 14.14 | 14.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.58 | 15.58 | 15.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.58 | 14.58 | 14.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.07 | 14.07 | 14.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.99 | 15.99 | 15.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.55 | 13.55 | 13.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.50 | 14.50 | 14.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.99 | 13.99 | 13.99 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 1,657.96 | 1,657.96 | 1,657.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$8,932.48** | **$8,932.48** | **$8,932.48** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Department Stores National Bank/Macy's | 7100-000 | 999.00 | 1,297.77 | 1,209.29 | 51.66 |
| 2 | Great Lakes Credit Union | 7100-000 | 14,756.00 | 15,036.00 | 14,010.85 | 598.48 |
| 5 | CACH, LLC | 7100-000 | 7,716.00 | 7,938.76 | 7,397.49 | 0.00 |
| 6 | CACH, LLC | 7100-000 | 11,652.00 | 11,884.88 | 11,074.57 | 0.00 |
| 7 | Quantum3 Group LLC as agent for | 7100-000 | 435.00 | 576.49 | 537.18 | 22.95 |
| 8 | Commerce Bank, A Missouri Banking Corporation | 7100-000 | 20,161.00 | 21,830.28 | 20,341.90 | 0.00 |
| 9 | Capital One Bank (USA), N.A. | 7100-000 | 22,472.00 | 22,890.89 | 21,330.19 | 911.13 |
| 10 | Capital One, N.A. | 7100-000 | 11,651.00 | 3,534.79 | 3,293.80 | 140.70 |
| 12 | Monroe & Main | 7100-000 | N/A | 237.15 | 220.98 | 9.44 |
| 13 | Portfolio Recovery Associates, LLC | 7100-000 | 14,218.00 | 9,231.07 | 8,601.70 | 367.43 |
| 14 | Portfolio Recovery Associates, LLC | 7100-000 | 1,597.00 | 1,969.13 | 1,834.88 | 78.38 |
| 15 | Portfolio Recovery Associates, LLC | 7100-000 | 3,450.00 | 3,450.79 | 3,215.52 | 137.35 |
| 16 | Great Lakes Credit Union | 7100-000 | 14,756.00 | 15,035.92 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$123,863.00** | **$114,913.92** | **$93,068.35** | **$2,317.52** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-31286  
**Case Name:** GIRARDI, ANNA MARIA  
GIRARDI, MICHAEL R.  
**Period Ending:** 09/07/18

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 10/01/15 (c)  
**§341(a) Meeting Date:** 11/12/15  
**Claims Bar Date:** 12/01/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 39471 Carol Lane, Beach Park Illinois 60099<br>Imported from original petition Doc# 1 | 97,598.00 | 31,658.00 | | 0.00 | FA |
| 2 | Checking Account with Great Lakes Credit Union<br>Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 3 | Normal attire for work and leisure<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Roth IRA opened in 2013 - Anna Girardi<br>Imported from original petition Doc# 1 | 5,500.00 | 0.00 | | 0.00 | FA |
| 5 | Roth IRA - Michael R. Girardi<br>Imported from original petition Doc# 1 | 6,500.00 | 0.00 | | 0.00 | FA |
| 6 | Roth IRA opened 1998 - owned by Michael Girardi<br>Imported from original petition Doc# 1 | 19,000.00 | 0.00 | | 0.00 | FA |
| 7 | 2009 Hyundai Sonata, 60,000 miles; NADA value is<br>Imported from original petition Doc# 1 | 6,900.00 | 1,100.00 | | 0.00 | FA |
| 8 | 2013 Kia Sorento w/ 18,000 miles<br>Imported from original petition Doc# 1 | 26,748.00 | 2,887.00 | | 0.00 | FA |
| 9 | 1970 Buick GS455, Convertible<br>Imported from original petition Doc# 1 | 16,000.00 | 8,000.00 | | 19,250.00 | FA |
| 10 | Laptop<br>Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 10 | Assets   Totals (Excluding unknown values) | $179,596.00 | $43,845.00 | | $19,250.00 | $0.00 |

**Major Activities Affecting Case Closing:**

STATUS jANUARY 2017: THE TRUSTEE SOLD A VINTAGE AND/OR COLLECTIBLE CAR OF THE DEBTOR. cURRENTLY THE TRUSTEE HAS A MOTION PENDING TO RESOLVE THE AUCTIONEER'S EXPENSE. tHE UST IS ALSO EVALUATING ISSUES IN THIS CASE. oNCE THESE ISSUES ARE RESOLVED THE TRUSTEE WILL PROCEED TO CLOSE THE CASE

STATUS JANUARY 2018 tHE tRUSTEE IS ATTEMPTING TO RESOLVE TWO SECURED CLAIMS  tHEN THE tfr WILL BE FILED

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-31286  
**Case Name:** GIRARDI, ANNA MARIA  
GIRARDI, MICHAEL R.  
**Period Ending:** 09/07/18

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 10/01/15 (c)  
**§341(a) Meeting Date:** 11/12/15  
**Claims Bar Date:** 12/01/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2017     **Current Projected Date Of Final Report (TFR):**   June 30, 2018

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-31286  
**Case Name:** GIRARDI, ANNA MARIA  
GIRARDI, MICHAEL R.  
**Taxpayer ID #:** **-***5796  
**Period Ending:** 09/07/18  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3966 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/16 | {9} | American Auction Assoc.--Michael Losada | Cale of Car | 1129-000 | 19,250.00 | | 19,250.00 |
| 09/13/16 | 101 | Anna Marie and and Michael R. Girardi | Exemptions | 8100-002 | | 8,000.00 | 11,250.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.86 | 11,227.14 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.56 | 11,211.58 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.15 | 11,194.43 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.05 | 11,178.38 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.14 | 11,161.24 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.98 | 11,146.26 |
| 03/02/17 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-31286 Voided on 03/02/17 | 2300-000 | | 3.41 | 11,142.85 |
| 03/02/17 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-31286 Voided: check issued on 03/02/17 | 2300-000 | | -3.41 | 11,146.26 |
| 03/02/17 | 103 | American Auction Associates | Payment of Auctionerr Expenses | 3620-000 | | 880.89 | 10,265.37 |
| 03/02/17 | 104 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-31286 Voided on 03/02/17 | 2300-000 | | 3.14 | 10,262.23 |
| 03/02/17 | 104 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-31286 Voided: check issued on 03/02/17 | 2300-000 | | -3.14 | 10,265.37 |
| 03/02/17 | 105 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-31286, Bond | 2300-000 | | 3.14 | 10,262.23 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.54 | 10,246.69 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.75 | 10,232.94 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.18 | 10,216.76 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.69 | 10,202.07 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.18 | 10,187.89 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.11 | 10,171.78 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.14 | 10,157.64 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.58 | 10,142.06 |

Subtotals :   $19,250.00   $9,107.94

{} Asset reference(s)

Printed: 09/07/2018 05:41 PM   V.14.14

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 14-31286  
**Case Name:** GIRARDI, ANNA MARIA  
GIRARDI, MICHAEL R.  
**Taxpayer ID #:** **-***5796  
**Period Ending:** 09/07/18

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.58 | 10,127.48 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.07 | 10,113.41 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.99 | 10,097.42 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.55 | 10,083.87 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.50 | 10,069.37 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.99 | 10,055.38 |
| 07/29/18 | 106 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $1,875.00, Trustee Compensation; Reference: | 2100-000 | | 1,875.00 | 8,180.38 |
| 07/29/18 | 107 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $3,990.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,990.00 | 4,190.38 |
| 07/29/18 | 108 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $214.90, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 214.90 | 3,975.48 |
| 07/29/18 | 109 | Department Stores National Bank/Macy's | Dividend paid 4.27% on $1,209.29; Claim# 1; Filed: $1,297.77; Reference: | 7100-000 | | 51.66 | 3,923.82 |
| 07/29/18 | 110 | Great Lakes Credit Union | Dividend paid 4.27% on $14,010.85; Claim# 2; Filed: $15,036.00; Reference: | 7100-000 | | 598.48 | 3,325.34 |
| 07/29/18 | 111 | CACH, LLC | Dividend paid 4.27% on $7,397.49; Claim# 5; Filed: $7,938.76; Reference: Stopped on 08/26/18 | 7100-000 | | 315.99 | 3,009.35 |
| 07/29/18 | 112 | CACH, LLC | Dividend paid 4.27% on $11,074.57; Claim# 6; Filed: $11,884.88; Reference: Stopped on 08/26/18 | 7100-000 | | 473.06 | 2,536.29 |
| 07/29/18 | 113 | Quantum3 Group LLC as agent for | Dividend paid 4.27% on $537.18; Claim# 7; Filed: $576.49; Reference: | 7100-000 | | 22.95 | 2,513.34 |
| 07/29/18 | 114 | Commerce Bank, A Missouri Banking Corporation | Dividend paid 4.27% on $20,341.90; Claim# 8; Filed: $21,830.28; Reference: Stopped on 08/26/18 | 7100-000 | | 868.91 | 1,644.43 |
| 07/29/18 | 115 | Capital One Bank (USA), N.A. | Dividend paid 4.27% on $21,330.19; Claim# 9; Filed: $22,890.89; Reference: | 7100-000 | | 911.13 | 733.30 |
| 07/29/18 | 116 | Capital One, N.A. | Dividend paid 4.27% on $3,293.80; Claim# 10; Filed: $3,534.79; Reference: | 7100-000 | | 140.70 | 592.60 |
| 07/29/18 | 117 | Monroe & Main | Dividend paid 4.27% on $220.98; Claim# 12; Filed: $237.15; Reference: | 7100-000 | | 9.44 | 583.16 |
| 07/29/18 | 118 | Portfolio Recovery Associates, LLC | Dividend paid 4.27% on $8,601.70; Claim# 13; Filed: $9,231.07; Reference: | 7100-000 | | 367.43 | 215.73 |
| 07/29/18 | 119 | Portfolio Recovery Associates, LLC | Dividend paid 4.27% on $1,834.88; Claim# 14; Filed: $1,969.13; Reference: | 7100-000 | | 78.38 | 137.35 |

Subtotals : $0.00 $10,004.71

{} Asset reference(s)

Printed: 09/07/2018 05:41 PM    V.14.14

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 14-31286  
**Case Name:** GIRARDI, ANNA MARIA  
GIRARDI, MICHAEL R.  
**Taxpayer ID #:** **-***5796  
**Period Ending:** 09/07/18  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3966 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/29/18 | 120 | Portfolio Recovery Associates, LLC | Dividend paid   4.27% on $3,215.52; Claim# 15; Filed: $3,450.79; Reference: | 7100-000 | | 137.35 | 0.00 |
| 08/26/18 | 111 | CACH, LLC | Dividend paid   4.27% on $7,397.49; Claim# 5; Filed: $7,938.76; Reference: Stopped: check issued on 07/29/18 | 7100-000 | | -315.99 | 315.99 |
| 08/26/18 | 112 | CACH, LLC | Dividend paid   4.27% on $11,074.57; Claim# 6; Filed: $11,884.88; Reference: Stopped: check issued on 07/29/18 | 7100-000 | | -473.06 | 789.05 |
| 08/26/18 | 114 | Commerce Bank, A Missouri Banking Corporation | Dividend paid   4.27% on $20,341.90; Claim# 8; Filed: $21,830.28; Reference: Stopped: check issued on 07/29/18 | 7100-000 | | -868.91 | 1,657.96 |
| 08/26/18 | 121 | Clerk of the United States Bankruptcy Court | Unclaimed Funds deposited with the Cout Claims 5,6,8 | 2700-000 | | 1,657.96 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 19,250.00 | 19,250.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 19,250.00 | 19,250.00 | |
| Less: Payments to Debtors | | 8,000.00 | |
| **NET Receipts / Disbursements** | **$19,250.00** | **$11,250.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3966** | 19,250.00 | 11,250.00 | 0.00 |
| | **$19,250.00** | **$11,250.00** | **$0.00** |

{} Asset reference(s)                                                                 Printed: 09/07/2018 05:41 PM    V.14.14